OPINION — AG — 19 O.S. 1971 541 [19-541], 19 O.S. 1971 542 [19-542], 19 O.S. 1971 543 [19-543], 19 O.S. 1971 544 [19-544] 19 O.S. 1971 545 [19-545] REMAIN EFFECTIVE INSOFAR AS THEY RELATE TO THE POWER (AUTHORITY, JURISDICTION) OF THE COUNTY SHERIFF TO APPOINT DEPUTIES AND TO THE EXTENT THAT THE SECTIONS ARE NOT IN CONFLICT WITH 19 O.S. 1971 180.58 [19-180.58] [19-180.58] THRU 19 O.S. 1971 180.69 [19-180.69] . THE NUMBER OF DEPUTIES AND THEIR AMOUNT OF COMPENSATION (SALARIES) IS EXPRESSLY GOVERNED BY 19 O.S. 1971 180.58 [19-180.58] [19-180.58] THRU 19 O.S. 1971 180.69 [19-180.69] . TO THE EXTENT THAT OPINION NO. JULY 23, 1953, OPINION NO. FEBRUARY 16, 1956, OPINION NO. FEBRUARY 24, 1961, OPINION NO. 75-265 ARE INCONSISTENT WITH THIS OPINION, THEY ARE EXPRESSLY MODIFIED. (SHERIFF MILEAGE, BOARD OF PRISONER) CITE: 19 O.S. 1971 179.1 [19-179.1], 19 O.S. 1971 179.12 [19-179.12], 19 O.S. 1971 180.65 [19-180.65] (MICHAEL CAUTHRON) ** SEE OPINION NO. 92-558 (1992)